IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE NATIONAL              *
ASBESTOS WORKERS MEDICAL FUND
                                      *
            Plaintiff
                                      *
      vs.                                   CIVIL ACTION NO. MJG-17-3563
                                      *
COMANCHE'S CONSTRUCTION, INC.
                                      *
            Defendant
*     *     *     *     *     *     *     *     *

MEMORANDUM AND ORDER

The Court has before it Plaintiff's request "that this lawsuit be temporarily dismissed for a period of 60 days to allow time [to consummate a settlement]." ECF No. 7. The Court finds temporary dismissal inappropriate, but agrees that the case should be stayed so that settlement can be consummated.

Accordingly:

1. Plaintiff's request "that this lawsuit be temporarily dismissed for a period of 60 days to allow time [to consummate a settlement]" [ECF No. 7] is DENIED.

2. The case is stayed so that the settlement process may proceed.

3. Plaintiff shall provide a status report by June 29, 2018.

SO ORDERED, this Thursday, April 05, 2018.

/s/
Marvin J. Garbis
United States District Judge